IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADRIAN CONEJO ARIAS, and<br>L.C.R., a Minor Child by and through His<br>Parent and Guardian Adrian Conejo Arias,<br><br>*Petitioners*,<br><br>VS.<br><br>KRISTI NOEM, in Her Official Capacity as<br>Secretary of the United States Department of<br>Homeland Security; PAMELA BONDI, in Her<br>Official Capacity as Attorney General of the<br>United States; TODD LYONS, in His Official<br>Capacity as Acting Director, United States<br>Immigration and Customs Enforcement;<br>DAREN MARGOLIN, in His Official Capacity<br>as Acting Director of the Executive Office of<br>Immigration Review; and JOHN DOE, in His<br>Official Capacity as the Warden of the Dilley<br>Immigration Processing Center in Dilley, Texas,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL CASE NO. SA-26-CV-415-FB |

## **AMENDED ORDER FOR SERVICE[1] AND FURTHER ORDERS OF THE COURT**

Before the Court is the Emergency Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1); Petitioners' Motion to Show Cause (ECF No. 2); and Petitioner's Emergency Motion For Preliminary Injunction and Temporary Restraining Order (ECF No. 3) filed by Petitioners Adrian Conejo Arias and L.C.R., a minor child by and through his parent and guardian Adrian Conejo Arias, who are currently detained in the Dilley Immigration Processing Center in Dilley, Texas, located in the Western District of Texas.

---

[1] The Order is amended to include service of the Petitioners' Motion to Show Cause (ECF No. 2), and Petitioners' Emergency Motion For Preliminary Injunction and Temporary Restraining Order (ECF No. 3) which did not appear on the ECF system at the time the Court entered its initial order.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Emergency Petition for Writ of Habeas Corpus (ECF No. 1); Petitioners' Motion to Show Cause (ECF No. 2); Petitioner's Emergency Motion For Preliminary Injunction and Temporary Restraining Order (ECF No. 3); and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

> Stephanie Rico, the Civil Process Clerk
> United States Attorney's Office, Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, Dilley Immigration Processing Center, with copies of the Emergency Petition for Writ of Habeas Corpus (ECF No. 1); Petitioners' Motion to Show Cause (ECF No. 2); Petitioner's Emergency Motion For Preliminary Injunction and Temporary Restraining Order (ECF No. 3); and this Order. Delivery by certified mail, return receipt requested, of those same documents, will constitute sufficient service of process unless otherwise contested. Service should be directed to:

> Warden, Dilley Immigration Processing Center
> 300 El Rancho Way
> Dilley, TX 78017.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition and motions within five (5) days of the date of service. In preparing their response, if this case concerns, in whole or in part, whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the following prior court orders issued in the San Antonio Division of the Western District of Texas addressing this question and note any material factual differences:** *Vega-Vega v. Bondi,* No. SA-25-

CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons,* No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem,* No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025)*; Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025). Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than the request for attorney's fees. In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioners Adrian Conejo Arias and L.C.R., a minor child, is IMMEDIATELY STAYED until further order from this Court. Respondents SHALL NOT TRANSFER Petitioners Adrian Conejo Arias and L.C.R., a minor child, outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 26th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE