IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADRIAN CONEJO ARIAS, and<br>L.C.R., a Minor Child by and through His<br>Parent and Guardian Adrian Conejo Arias,<br><br>*Petitioners*,<br><br>VS.<br><br>KRISTI NOEM, in Her Official Capacity as<br>Secretary of the United States Department of<br>Homeland Security; PAMELA BONDI, in Her<br>Official Capacity as Attorney General of the<br>United States; TODD LYONS, in His Official<br>Capacity as Acting Director, United States<br>Immigration and Customs Enforcement;<br>DAREN MARGOLIN, in His Official Capacity<br>as Acting Director of the Executive Office of<br>Immigration Review; and JOHN DOE, in His<br>Official Capacity as the Warden of the Dilley<br>Immigration Processing Center in Dilley, Texas,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-415-FB |

## **ORDER REQUIRING RESPONSE FROM RESPONDENTS**

Before the Court is the necessity of a response from the Respondents in this matter.

Respondents are HEREBY ORDERED to file a response and provide a courtesy copy by email to the Court's Courtroom Deputy on or before **3 p.m. on Friday, January 30, 2026.**

In their Response, Respondents should address, in addition to the arguments raised by the Petitioners in their Petition, whether the following orders which have addressed similar issues and factual situations are applicable to the instant case: *Lozada v. LaRose*, 2026 WL 184205 (S.D. Cal. Jan. 23, 2026)*; Akilov v. LaRose*, Case No.: 25-CV-3831 JLS (BJW), 2026 WL 74289 (S.D. Cal. Jan. 9, 2026*); Villegas-Gonzalez v. Lynch*, Case No. 1:25-cv-1795, 2025 WL 3767939 (W.D. Mich. Dec.

31, 2025); *Benavente v. Raycraft*, Case No. 1:25-cv-1737, 2025 WL 3760755 (W.D. Mich. Dec. 30, 2025); *Osuna Benitez v. Hermosillo*, Case NO. 2:25-cv-02534-BAT, 2025 WL 3763932 (W.D. Wa. Dec. 30, 2025); *Kenzhebaev v. Noem*, Case NO. 1:25-cv-1786, 2025 WL 3737975 (W.D. Mich. Dec, 29, 2025); *Gil Pirona v. Noem*, Case No. 1:25-cv-1571, 2025 WL 3687339 (S.D. Mich. Dec. 19, 2025).

It is so ORDERED.

SIGNED this 29th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE