FILED
January 31, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_Jaemie Herndon\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ADRIAN CONEJO ARIAS, and L.C.R., a Minor Child by and through His Parent and Guardian Adrian Conejo Arias, <br><br> *Petitioners*, <br><br> VS. <br><br> KRISTI NOEM, in Her Official Capacity as Secretary of the United States Department of Homeland Security; PAMELA BONDI, in Her Official Capacity as Attorney General of the United States; TODD LYONS, in His Official Capacity as Acting Director, United States Immigration and Customs Enforcement; DAREN MARGOLIN, in His Official Capacity as Acting Director of the Executive Office of Immigration Review; and JOHN DOE, in His Official Capacity as the Warden of the Dilley Immigration Processing Center in Dilley, Texas, <br><br> *Respondents*. | CIVIL CASE NO. SA-26-CV-415-FB |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Opinion and Order of the Court filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Emergency Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED** such that:

1. Respondents are **DIRECTED** to **RELEASE** Petitioners Adrian Conejo Arias, and L.C.R., a Minor Child, from custody, under appropriate conditions of release no more restrictive than those in place prior to the detention at issue in this case, to a public place **as soon as practicable, but in any event, no later Tuesday, February 3, 2026**.

2. Respondents must **NOTIFY** Petitioners' counsel, Jennifer Scarborough, by email [jennifer@texasborderlawyer.com] or by an in-person telephone conference [(956) 513-7633] (a voicemail does not comply with this order) of the exact location and time of Petitioners' release as soon as practicable and at least two hours before their release.

3. Any possible or anticipated removal or transfer of Petitioners under this present detention is **PROHIBITED**.

4. If Petitioners are re-detained pursuant to 8 U.S.C. § 1226, all applicable procedures must be followed, including that they be afforded a bond hearing.

5. The Respondents shall **FILE** a Status Report no later than **Wednesday, February 4, 2026**, confirming that Petitioners have been released under conditions of release no more restrictive than those in place prior to the detention at issue in this case.

6. Petitioners' Motion for an Order to Show Cause Requiring Respondents to Timely Respond (ECF No. 2) and Petitioner's Emergency Motion For Preliminary Injunction and Temporary Restraining Order (ECF No. 3) are DISMISSED AS MOOT.

7. Petitioners' request for an award of reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is DENIED.

8. Motions pending, if any, are DISMISSED AS MOOT.

9. The Clerk is DIRECTED to CLOSE this case.

It is so ORDERED.

SIGNED this 31st day of January, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE